01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 UNITED STATES OF AMERICA,      )   CASE NO. MJ 07-89

          )

09      Plaintiff,          )

          )

10      v.          )

          )   DETENTION ORDER

11 KRISTINE ONG,          )

          )

12      Defendant.          )

                     )

13

14 Offense charged:     Conspiracy to Distribute MDMA, Methamphetamine, Marijuana and

15 Hashish

16 Date of Detention Hearing:   February 22, 2007

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      1.     Defendant is charged by Indictment in the Eastern District of Virginia, Case No.

DETENTION ORDER                                             15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 1

01 | 03-347-A.  She has waived an identity hearing and an order of transfer has been signed.

02 |        2.      Defendant was not interviewed by Pretrial Services.  She is believed to be 29 years

03 | of age, born in the Phillippines, and a resident of British Columbia, Canada.  There is no other

04 | information available regarding the defendant's personal history, residence, family ties, ties to the

05 | Western District of Washington, income, financial assets of liabilities, physical/mental health (the

06 | defendant is reported to have a blood clot disorder), or controlled substances use if any.

07 |        3.      The defendant does not contest detention.  However, she wishes to have the

08 | opportunity for local counsel in the Eastern District of Virginia to present the issue to the court

09 | at her appearance in that District.

10 |        4.      The defendant poses a risk of nonappearance due to lack of verified background

11 | information.  She poses a risk of danger due to the nature of the charges.

12 |        5.      There does not appear to be any condition or combination of conditions that will

13 | reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14 | to other persons or the community.

15 | It is therefore ORDERED:

16 |       (1)     Defendant shall be detained pending trial and committed to the custody of the

17 |                Attorney General for confinement in a correction facility separate, to the extent

18 |                practicable, from persons awaiting or serving sentences or being held in custody

19 |                pending appeal;

20 |       (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21 |                counsel;

22 |       (3)     On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                15.13
18 U.S.C. § 3142(i)                               Rev. 1/91

01         Government, the person in charge of the corrections facility in which defendant is

02         confined shall deliver the defendant to a United States Marshal for the purpose of

03         an appearance in connection with a court proceeding; and

04  (4)    The clerk shall direct copies of this Order to counsel for the United States, to

05         counsel for the defendant, to the United States Marshal, and to the United States

06         Pretrial Services Officer.

07 DATED this 22nd day of February, 2007.

08

09                     Mary Alice Theiler
                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                               15.13
18 U.S.C. § 3142(i)                              Rev. 1/91
PAGE 3